Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy

FILED
OCT 28 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

| In re: | Case No. 10-33476 CET |
|---|---|
| GONZALEZ, CARLOS A | Chapter 7 |
|  | NOTICE OF SMALL DIVIDENDS |
| Debtor(s) |  |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of $2.02. The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 Interest | American Express Bank FSB c/o Becket and Lee LLP, POB 3001 Malvern, PA 19355-0701 | 2.02 | 2.02 |

Dated: October 27, 2011

Janina M. Hoskins, TRUSTEE